Estado Libre Asociado de Puerto Rico
TRIBUNAL DE APELACIONES
PANEL XII

| UNIVERSAL PROTECTION AND MAINTENANCE, CORP.<br><br>Parte Apelada<br><br>v.<br><br>BENÍTEZ REFRIGERATION & A/C SERVICES, INC.<br><br>Parte Apelante | TA2025AP00669 | *Apelación* procedente del Tribunal de Primera Instancia, Sala Superior de Caguas<br><br>Civil núm. CG2020CV00561<br><br>Sobre: Cobro de Dinero |

Panel integrado por su presidente, el Juez Candelaria Rosa, el Juez Adames Soto, el Juez Campos Pérez y la Jueza Trigo Ferraiuoli.

Trigo Ferraiuoli, jueza ponente.

**SENTENCIA**

En San Juan, Puerto Rico, a 9 de abril de 2026.

El 14 de diciembre de 2025, la parte apelante, Benítez Refrigeration & A/C Services, Inc., instaron un recurso de apelación en solicitud de revisión de la *Sentencia* emitida el 11 de marzo de 2024, notificada el 15 de marzo de 2024 por el Tribunal de Primera Instancia, Sala de Caguas.

Así las cosas, el 11 de marzo de 2026, la parte apelante presentó *Aviso de Desistimiento,* en el que informó que las partes lograron un Acuerdo Transaccional que pone fin a la controversia objeto del presente recurso. Ante ello, solicitó el desistimiento de la apelación.

La Regla 83 del Reglamento del Tribunal de Apelaciones, sobre desistimiento y desestimación, en su inciso (A) faculta a la parte promovente de un recurso presentar en cualquier momento un aviso de desistimiento.[1] En conformidad con la Regla 83 (A) del

---

[1] Dicho inciso lee: *"Regla 83 — Desistimiento y desestimación* (A) La parte promovente de un recurso podrá presentar en cualquier momento un aviso de desistimiento". Véase la Regla 83 del Reglamento del Tribunal de Apelaciones,

Reglamento del Tribunal de Apelaciones, y en consideración *Aviso de Desistimiento* presentado, damos por desistido, con perjuicio, la *Apelación Civil* presentada el 14 de diciembre de 2025; y ordenamos el cierre y archivo del presente caso.

Notifíquese.

Lo acuerda y manda el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.


Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

según enmendada, *In Re Aprob. Enmdas. Reglamento TA*, 2025 TSPR 42, págs. 116, 215 DPR ____ (2025).